UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina
_____ Division

RECEIVED
NOV 06 2020
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

Angella Neil

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Warren County Schools

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 5:20-CV-595-FL
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

# COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Angella Neil |
   | Street Address | 1412 Woodland Hills Trail Apt 107 |
   | City and County | Wake County |
   | State and Zip Code | North Carolina 27587 |
   | Telephone Number | 910-922-8857 |
   | E-mail Address | elprofessoraneil@yahoo.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

   Defendant No. 1
   | | |
   |---|---|
   | Name | Warren County Schools |
   | Job or Title *(if known)* | |

|  |  |
|---|---|
| Street Address | 109 Cousin Lucy's Lane, PO Box 110 |
| City and County | Warrenton |
| State and Zip Code | North Carolina 27589 |
| Telephone Number | (252) 257-3184 |
| E-mail Address *(if known)* | |

Defendant No. 2

|  |  |
|---|---|
| Name | Katrinka R. Brewer |
| Job or Title *(if known)* | Principal of Mariam Boyd Elementary School |
| Street Address | 203 Cousin Lucy's Ln, |
| City and County | Warrenton |
| State and Zip Code | NC 27589 |
| Telephone Number | 252-257-3695, 434-294-3780 |
| E-mail Address *(if known)* | knewman@warrenk12nc.org |

Defendant No. 3

|  |  |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

|  |  |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

|  |  |
|---|---|
| Name | Warren County Schools |
| Street Address | 109 Cousin Lucy's Lane, PO Box 110 |
| City and County | Warrenton, |
| State and Zip Code | NC 27589 |
| Telephone Number | (252) 257-3184 |

II. **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒ Other federal law *(specify the federal law)*:

Title VII, discrimination- national origin, Retaliation, Family and Medical Leave Act, Whistleblower, OSHA, Harassment, WARN Act

☒ Relevant state law *(specify, if known)*:

Wage and hour, Equal Pay Act (EPA), Health Benefits, defammation of character, issuance of W2 form., retirement plan, OSHA, unemployment benefits, employee benefits,

☐ Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☒ Failure to hire me.
☒ Termination of my employment.
☐ Failure to promote me.
☒ Failure to accommodate my disability.
☒ Unequal terms and conditions of my employment.
☒ Retaliation.

|   |   |   |
|---|---|---|
| | Other acts *(specify)*: | The principal retaliated and discriminated against me. She told me I was not a good fit for her school and the school was not a good fit for me. She called me unpleasant names (cynicle, defiant, unprofessional, gave me unfair evaluations, excluded me from school committees, weekly lesson plan meetings. I was harassed by her several times. I was denied sick/medical leave. Hence my salary was docked. |

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
October 2017 to June 30, 2019.

C. I believe that defendant(s) *(check one)*:
- ☒ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- ☐ race
- ☐ color
- ☐ gender/sex
- ☐ religion

Country of origin

| | national origin | The principal told me I was not a good fit for her school and her school was not a good fit for me. Some teachers laughed at my potluck meal. On more than one occasion. They also stated we're going to send her ass back to Jamaica. In or around January 2019, I overheard Ms. Brewer and Shakena Smith, Secretary, speaking about my homework assignments. Ms. Smith stated that I needed to go back to Jamaica. Ms. Brewer laughed at that statement. They excluded me from numerous school and regional activities and professional training. The principal told me she and Chelsa Jennings are very upset with me. A teacher asked me where am I going to go. I responded, "I don't know". She said, "you should just go back to Jamaica". They said if don't feel comfortable staying at the hotel it's understandable & you feel comfortable driving from your home in the morning. They excluded me from the hotel reservation. I believe I have been discriminated against due to my National Origin (Jamaican) and for engaging in a protected activity in violation of Title VII the Civil Rights Act of 1964, as amended. |
|---|---|---|
| ☐ | age *(year of birth)* _____ | *(only when asserting a claim of age discrimination.)* |
| ☒ | disability or perceived disability *(specify disability)* | |
| | They numerous questions about my laughed at my bloated stomach. The custodian made a rude comment and questioned the size of my stomach and far in the pregnancy I was. | |

E.   The facts of my case are as follows. Attach additional pages if needed.

There are disparities or conflict of interest in the EEOC's dismissal of the case. I am yet to receive the right to sue in the stamped envelope issued by the investigator. I have requested this several times. He is yet to respond to the emails I sent.
I experienced severe retaliation, discrimination and harassment while making conscious attempt to teach our future generations. Some students oberved the principal harassing me. Subsequently they were scared to go in the hallway to use the bathroom or have their water break.

1. I was told not to teach or send home grade leveled sight words, while other K-5 teachers were able to teach and send home words for the students to study at home.
2. The teacher assistant constantly disrupted the class while I was teaching, even during formal observations. Additionally, the secretary's parent did not schedule a meeting with me, but verbally attacked me in the hallway. They accused me of giving 3rd grade work to Kindergarten students.
3. The principal told me to print and make copies for all Third-Grade homework packets, while other teacher gave assignments only for their assigned class.
4. The principal told me I was not a good fit for the school and the school was not a good fit for me. She called me incompetent, paranoid, cynical.
5. Katrinka Brewer (the principal) emailed me that she and Chelsea Jennings (District Instructional coach) are very upset with me about some data.
6. My personal teaching supplies that I brought to Warren County Schools were stolen/went missing.
7. I was denied the right to meet and plan lessons and activities during PLC for several months. While other teachers at the same school were not excluded from professional lesson plan meetings.
8. The principal texted me that she would dock my salary. She failed to enter all of completed sick leave forms and meical certificate.
.9 The contractual agreement with Warren County Schools (2018-2021) was broken and three weeks later they hired someone else to fill the same position. In extension, Warren County Schools hired another teacher with more years of teaching experience, which would cost the schol district additional expenses.
.10. There is an unknown male asking about me in a Whatsapp social media group.
11. I have not been able to be gainfully employed since 2019, even though I applied to over four hundred 400 advertised teaching positions. My character was also defamed.
12. The custodian said, "no, get out, get out" of the school building as I attempted to get my belongings inside the classroom.
13. Some teachers taunted me in the hallway.
14. Exempted from some State Assessments, Middle of the Year & End of the Year testing for Reading Comprehension.
15. I received unfair North Carolina Department of Public Instruction Evaluation by the principal.
16. School bus sabotage- the secretary told me to put a five years old student who is a car rider on the school bus.
17. Harassed numerous times as I ttried to use the restroom, particularly the one next to the office.
18. 2018-2019-There were no Caucasian students in my assigned Kindergarten classroom, whilst several Caucasian students were in the other Kindergarten classroom next door.
19. Exempted from Placement on Committee for two consecutive years.
20. The agreed working conditions were unfavorable due to the Heat exhaust releasing a mist and a foul smell. I asked several times for it to be fixed or place the students in a safer environment. as students coughed and complained.
21. A student not in my assigned room was placed on the End of Grade assessment data.
.22. Exempted from Kindergarten Registration, while the other three teachers were allowed to participate in the day's event.
23. My assigned classroom was often not cleaned, whilst other classrooms next door were cleaned daily.

24. I was exempted from Kindergarten Graduation.
25. They changed the awards list for students in my assigned class.
26. The school nurse sent back a sick child to my room and the child came back and complained what the nurse said to him.
27. My new car was keyed at work.
28. Requesting for a transfer of my remaining leave from my previous place of employment to Warren County Schools after I received a dismissal letter.
29. The Health benefits coverage date for Warren County Schools started seven months after employment.
30. The principal told me to return back to work during my Fall break.
31. I have not received my W2 form to file my taxes.
32. I emailed and requested that my supervisors please intervene, but no one did. The Hr Dr. K.

Whittaker called me rude and hostile after I asked her to intervene with the way the principal was treating me.

33. I applied to over 400 advertised teaching jobs, to date I have not received any money from obtaining work.

34. My character has been defamaed after all these name callings, unfair commentstelling me I don't know how to do my job. After nineteen years serving students?

35. She threatened me not to come in the hallway after she harassed me in front of the students.

---

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

July 18, 2019.

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)*   09/04/2020   .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am asking the court to grant me permission in regaining independence with an authentic reference from my former employers, detailing my skills, students' academic performance.
Also a letter of apology for the harsh treatment, retaliation and discrimiination I experienced. I want to work freely without harassment or retaliation.
The amounts owed for employment discrimination, sick leave deductions, employment contract for 2019-2021, unemployment benfits since July 1, 2019. health benefits and sick leave that were docked from my salary.
In addition, some of my school items went missing in July 2018, after the principal emailed me that they would be removed from the closet that Is Closed with a padlock.
Cover the expenses of driving across numerous states seeking employment.
Emotional distress, medical bills, seeking counseling, retirement money.
My life went from volunteering at the homeless shelter to joining the line as well.
What amount of money that can compensate the horrible treatment I experienced after been conveniently dismissed, for asserting my right to be free from discrimination, harassment, retaliation, not been able to accept a possible job offer? I applied to over 400 jobs, traveling to interviews in and out of state. I served students and the school community for nineteen consecutive years. 3

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/4/2020

Signature of Plaintiff: *[signature]* Angella Neil 11/4/2020

Printed Name of Plaintiff: Angella Neil

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____

State and Zip Code  _____
Telephone Number  _____
E-mail Address  _____