UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| ANGELLA R. NEIL | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| | ) | No. 5:20-CV-595-FL |
| WARREN COUNTY BOARD OF EDUCATION | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge on recommendation of the magistrate judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 23, 2023, and for the reasons set forth more specifically therein, the court ADOPTS the recommendation of the magistrate judge as its own. Defendant's motion for sanctions is GRANTED on the terms set forth in the M&R. In particular, plaintiff's complaint is DISMISSED WITH PREJUDICE as a sanction for failure to follow the court's order and failure to meaningfully participate in discovery.

**This Judgment Filed and Entered on October 23, 2023, and Copies To:**
Angella Neil (via CM/ECF Notice of Electronic Notification)
David B. Noland / Vernon Roderick Malone (via CM/ECF Notice of Electronic Notification)

October 23, 2023          PETER A. MOORE, JR. CLERK

                                       /s/ Sandra K. Collins
                                     (By) Sandra K. Collins, Deputy Clerk